PAUL J. FISHMAN
United States Attorney
BY: LISA ROSE
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2869

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

        *Plaintiff,*

    v.

LOKSARANG HARDAS

        *Defendant.*

: Honorable Peter G. Sheridan, U.S.D.J.

: *Criminal No.* **99-699**

: **FINAL ORDER OF FORFEITURE**

:

WHEREAS, on July 21, 2005, the United States filed a Superseding Information against Loksarang Hardas (hereinafter "defendant"), charging the defendant with distributing pseudoephedrine, a list I chemical, without the registration required, in violation of 21 U.S.C. § 843(a)(9); and

WHEREAS, pursuant to 21 U.S.C. § 853, a person convicted of an offense in violation of 21 U.S.C. § 843(a)(9), shall forfeit to the United States any property, constituting, or derived from any proceeds the person obtained, directly or indirectly, as a result of such violation; and

WHEREAS, on March 1, 2006, pursuant to the Plea Agreement a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and the defendant, Loksarang Hardas, under which the defendant agreed that the real property described in the forfeiture allegation of the Superseding Information and located at 6370 Altura Blvd, Buena Park, California is forfeitable pursuant to 21 U.S.C. § 853, and whereas the United States agreed to accept $200,000 as substitute

property in lieu of forfeiting the real property described above, for violations of 21 U.S.C. § 843(a)(9)(hereinafter "the property"); and

**WHEREAS**, as required by Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and pursuant to 21 U.S.C. § 853, the United States posted for at least 30 consecutive days on an official government forfeiture internet web site, namely www.forfeiture.gov, between August 19, 2009 and September 17, 2009, a notice of its intent to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication of the above notice, for a hearing to adjudicate the validity of their alleged legal interest in the property (Declaration of Lisa Rose with Exhibits, Exhibit A, hereinafter "Rose Decl."); and

**WHEREAS,** no timely claims have been filed on the above-referenced property by any third parties; and

**THEREFORE** it is hereby **ORDERED, ADJUDGED AND DECREED:**

1.  That a Final Order of Forfeiture is entered pursuant to 21 U.S.C. § 853 and that $200,000 is hereby forfeited to the United States of America and no right, title or interest in the assets shall exist in any other party.

2.  That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 28 day of January 2010.

_____
**HON. PETER G. SHERIDAN**
United States District Judge

3